UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

2012 MAY 16 PM 3: 52

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| v. | ) ) | Cause No. 1:12-CR- |
| MARK S. MORGAN | ) ) | Violations: 29 U.S.C. § 501(c) |

1:12CR 30

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about May 21, 2007, in Steuben County, Angola, Indiana, in the Northern District of Indiana, and elsewhere,

MARK S. MORGAN,

defendant herein, while an officer of a union, that is, Secretary-Treasurer of Machinists Lodge 2584, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, property, and other assets of said labor organization;

All in violation of 29 U.S.C. § 501(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about June 4, 2007, in Steuben County, Angola, Indiana, in the Northern District of Indiana, and elsewhere,

### MARK S. MORGAN,

defendant herein, while an officer of a union, that is, Secretary-Treasurer of Machinists Lodge 2584, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, property, and other assets of said labor organization;

All in violation of 29 U.S.C. § 501(c).

A TRUE BILL

*/s/ Foreperson*
Foreperson

DAVID CAPP
UNITED STATES ATTORNEY

By: */s/ Lovita Morris King*
Lovita Morris King
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: lovita.morris.king@usdoj.gov